IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LEWIS,

    Petitioner,                   No. CIV S-09-0517 LKK DAD P

    vs.

MATTHEW CATE,

    Respondent.                ORDER

_____/

        Petitioner, a prisoner incarcerated in Florence, Arizona and proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

        On June 1, 2009, petitioner filed a document styled, "Motion to Amend New Evidence." On June 29, 2009, petitioner filed another document styled, "Petition to Amend: Stogner v. California (2003) 123 S.Ct. 2446." The documents filed by petitioner merely provide

1

further arguments in support of his claims presented in the habeas petition already pending before the court. It does not appear that petitioner is seeking leave to amend his habeas petition by these recent filings. Therefore, the court will deny petitioner's motions to amend without prejudice.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (Doc. No. 2), is granted;

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order, a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and the court's form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General;

6. Petitioner's June 1, 2009 document styled, "Motion to [A]mend New Evidence," (Doc. No. 8) is denied; and

/////

/////

---

[1] If the court his misconstrued petitioner's intent and he is attempting to raise a new claim or claims in this habeas action, petitioner should file a motion to amend his petition and clearly identify the proposed new claim(s) for relief. Petitioner must also inform the court whether he has exhausted state court remedies with respect to each proposed new claim.

7. Petitioner's June 29, 2009 document styled, "Petition to Amend," (Doc. No. 9) is denied.

DATED: October 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lew0517.100+

3