IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LEWIS,

    Petitioner,                   No. CIV S-09-0517 LKK DAD P

    vs.

MATTHEW CATE,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 9, 2010, petitioner filed a motion for discovery, requesting "all miscellaneous documents photocopied from Respondent., from around the time Respondent filing His or (her), answer." Petitioner also references the "state court record" in the title of his motion. Respondent filed a response to petitioner's motion on April 28, 2010. Therein, respondent construes petitioner's motion as a request for the state court record, which apparently had not been provided to petitioner as of the date of his discovery motion. (Resp't's Apr. 28, 2010 Response at 1.) Therein, respondent states that he does not oppose petitioner's request insofar as he is requesting a copy of the state court record. In a declaration filed with the court on April 29, 2010, respondent's counsel represents that he sent twelve categories of documents from the state court record to petitioner on that same date. Petitioner

1

1  has not filed a reply.

2　　　　　In light of the foregoing, IT IS HEREBY ORDERED that petitioner's April 9,

3  2010 discovery motion seeking a copy of the state court record is granted.

4  DATED: June 4, 2010.

5

6　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
7  DAD:8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　lewis517.disc

2