1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL LEWIS,

11          Petitioner,              No. CIV S-09-CV-0517 LKK CHS P

12      vs.

13   MATTHEW CATE,

14          Respondent.             <u>ORDER</u>

15   _____/

16          Petitioner, Paul Lewis, is a state prisoner proceeding pro se with a petition for writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is currently serving a determinate

18   sentence of sixteen years following his plea of nolo contendere in Sacramento County Superior

19   Court to three counts of sexual penetration by force, two counts of oral copulation by force, six

20   counts of rape by force, and six counts of sodomy by force.  With his petition, Petitioner presented

21   various claims challenging the constitutionality of his conviction.

22          The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

23   § 636(b)(1)(B) and Local Rule 302.  On January 11, 2011, the magistrate judge filed findings and

24   recommendations herein which recommended that the petition be denied.  The magistrate judge's

25   findings and recommendations were adopted by the assigned United States District Court Judge on

26   April 18, 2011, making judgment final in this case.  *See* 28 U.S.C. § 636(b)(1)(C).  In addition,

1

because Petitioner failed to make a substantial showing of the denial of a constitutional right with respect to any of the claims presented, a certificate of appealability was not issued by the district judge.

Currently pending is Petitioner's April 29, 2011 motion for a certificate of appealability. Petitioner is reminded that a certificate of appealability has already been denied by the District Court Judge.

Accordingly, IT IS HEREBY ORDERED that Petitioner's April 29, 2011 motion for a certificate of appealability is DENIED as unnecessary.

DATED: May 13, 2011

Charlene H. Sorrentino
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

2